NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−24−10355−nmc<br>CHAPTER 11 |
| PIGEONLY INC and ITRIA VENTURES LLC, A DELAWARE LIMITED LIABILITY C,<br>                    Debtor(s) | Adversary Proceeding: 24−01118−nmc |
| PIGEONLY INC. dba FOTOPIGEON, et al,<br>                    Plaintiff(s) | AMENDED ORDER GRANTING VERIFIED PETITION |
| vs | |
| ITRIA VENTURES LLC, et al,<br>                    Defendant(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by C. KEVIN KOBBE is **GRANTED**.

Dated: 10/30/24

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court